No. 96–693. MIZANI, AKA MARJANI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–697. ARNOLD *v.* BOATMEN'S NATIONAL BANK OF BELLEVILLE. C. A. 7th Cir. Certiorari denied.

No. 96–722. BORDEN, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 96–732. GODSHALK *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–733. VAUGHTERS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–5124. SMITH *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–5555. VISWANATHAN *v.* SCOTLAND COUNTY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5703. RANSOM *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–5758. WHITEHEAD *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5779. COLE *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5833. BLUE *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 96–5881. RICHARDSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5888. NARLOCK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6250. MARTINEZ-VILLAREAL *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.